FILED

JUN 21 2019

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE KRISTOFFERSEN,<br><br>Plaintiff,<br><br>v.<br><br>RVS110, LLC; and DOES 1-10,<br><br>Defendant. | Case No.: 3:18-cv-0392-BEN-AGS<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br>**[Doc. 34]** |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties jointly move to dismiss Plaintiff's action with prejudice as to all parties. The joint motion is **GRANTED**. Each party shall bear its own costs, expenses, and fees.

**IT IS SO ORDERED.**

DATED: June 17, 2019

_____
HON. ROGER T. BENITEZ
United States District Judge